[No. 30174-1-II.  Division Two.  October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN EMILE
McCAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-04631-4, Bryan E. Chushcoff, J., entered
March 28, 2003. *Affirmed* by unpublished opinion per
Quinn-Brintnall, C.J., concurred in by Houghton and
Bridgewater, JJ.

[No. 30382-5-II.  Division Two.  October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW MIKE
JOHNS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-1-01049-1, James R. Orlando, J., entered
May 20, 2003. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and
Houghton, J.

[No. 30428-7-II.  Division Two.  October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JAMES,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-02034-0, Rosanne Buckner and Thomas
Felnagle, JJ., entered May 23, 2003. *Affirmed* by unpub-
lished opinion per Bridgewater, J., concurred in by Quinn-
Brintnall, C.J., and Van Deren, J.

[No. 30444-9-II.  Division Two.  October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DIEAUKA YEMULE
BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-03626-2, D. Gary Steiner, J., entered June
2, 2003. *Affirmed* by unpublished opinion per Van Deren, J.,
concurred in by Armstrong and Hunt, JJ.